**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOVETT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SIMM ASSOCIATES, INC.,<br><br>　　　　　Defendants. | Case No. EDCV 13-00116-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff John Lovett ("Plaintiff"), against Defendant Simm Associates, Inc. ("Defendant").  The Court orders that such judgment be entered.

　　Pursuant to this Judgment, Defendant is ordered to pay Plaintiff: (1) $2,000 in statutory damages pursuant

to 15 U.S.C. § 1692(k)(a)(2)(A) and Cal. Civ. Code § 1788.30(b), and (2) $400.00 in attorney's fees.

Dated: _____    June 25, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge